IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JONATHAN YANCEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:19-CV-259-WKW |
| ) | [WO] |
| PATRICE RICHIE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On April 11, 2022, the Magistrate Judge filed a Recommendation (Doc. # 16), recommending that Petitioner's petition for writ of habeas corpus (Doc. # 1) be denied. On April 25, 2022, Petitioner filed an objection to the Recommendation. (Doc. # 17.)

Petitioner's objection restates the procedural history of this case, but does not demonstrate that he has successfully exhausted his claims in state court. Nor does the objection make the requisite showing to excuse Petitioner's procedural default. Therefore, upon a *de novo* review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. Petitioner's objection (Doc. # 17) is OVERRULED.

2. The Magistrate Judge's Recommendation (Doc. # 16) is ADOPTED.

3. The petition for writ of habeas corpus (Doc. # 1) is DENIED, and this case is DISMISSED.

A final judgment will be entered separately.

DONE this 28th day of April, 2022.

                                        /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE